## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROSEANN SAVEDRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JO ANNE BARNHART, | ) |
| Commissioner of the | ) |
| Social Security Administration, | ) |
| | )   **Civil No. 08-627 LFG** |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME TO SERVE AND FILE REPLY

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for

Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion,

and the Court having read the Motion and being fully advised of the premises.

IT IS ORDERED that Plaintiff is granted through November 6, 2009, to serve her Reply

memorandum.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
Chief United States Magistrate Judge

Submitted and Approved By:

Electronic Approval on 10/2/09
Manuel Lucero
Assistant U.S. Attorney

(Electronically Filed 10/6/09)
Michael D. Armstrong
Attorney for Plaintiff