IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSEANN SAVEDRA,

        Plaintiff,

vs.                              No. CIV 08-627 LFG

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

        Defendant.

## **JUDGMENT**

Having denied Plaintiff's motion to reverse or remand by a Memorandum Opinion and Order entered on this same date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and that the case is dismissed, with prejudice.

                                       */s/ Lorenzo F. Garcia*
                                       Lorenzo F. Garcia
                                       United States Magistrate Judge